

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JOSEPH VALENTINO JOINER, | § | No. 08-18-00118-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02895) |
|  | § |  |

## **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 346th District Court of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit No. 1 (911 Call) and State's Exhibit No. 8 (DVD Recording of Defendant's Statement). The supplemental reporter's record is due with this Court on or before September 23, 2019.

IT IS SO ORDERED THIS 9TH DAY OF SEPTEMBER, 2019.

PER CURIAM

Before Palafox, J., Barajas, J. (Senior Judge), and Larsen, J. (Senior Judge)
Barajas, J. (Senior Judge) and Larsen J. (Senior Judge), sitting by assignment